IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DAVID GIBSON,

    Petitioner,               No. CIV S-06-1403 LKK PAN P

   vs.

M. KRAMER, Warden,

    Respondent.         ORDER

                          /

       Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's September 26, 2006 application for an extension of time is granted; and

       2. Petitioner shall file and serve a traverse on or before November 6, 2006.

DATED: September 28, 2006.

                                            /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

14/mp
gibs1403.111